IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOMMY J. FLORES,
        Plaintiff,

vs.                              Civ. No. 14-1120 MV/SCY

JUVENILLE SUBSTANCE ABUSE CRISIS CENTER,
*et al.,*
        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING CASE

THIS MATTER is before the Court on Magistrate Judge Steven C. Yarbrough's Proposed Findings and Recommended Disposition ("PFRD"). In this PFRD, Judge Yarbrough advises the Court to dismiss Plaintiff's claims without prejudice under Federal Rule of Civil Procedure 4(m) because Plaintiff has not served Defendants. *Doc. 9*. Plaintiff has not filed any objections to the PFRD, thereby waiving his right to review of the PFRD. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 9*) is ADOPTED.

2. Plaintiff's claims are dismissed without prejudice.

                                                          _____
                                                        UNITED STATES DISTRICT JUDGE